

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2018

No. 04-18-00633-CV

**CITY OF RIO GRANDE, TEXAS**, et al.,
Appellants

v.

**BFI WASTE SERVICES OF TEXAS, LP** d/b/a Allied Waste Services of Rio Grande Valley,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-15-604
Honorable Migdalia Lopez, Judge Presiding

# O R D E R

The appellants' unopposed motion for extension of time to file brief is hereby GRANTED IN PART. Time is extended to October 29, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court